# Exhibit A

Beth Ann Goodridge
12517 Trevett Rd.
Springville, NY 14141

September 10, 2023

Dear Your Honor:

    My name is Beth Ann Goodridge and I am a 2nd grade teacher at Springville Elementary. I am writing this letter in order to help you better understand the parent, coach, teacher and colleague that Frank Noeson jr. was prior to his arrest this past May.

    I have known Frank Noeson since he was hired at Springville Elementary school approximately 20 years ago as a teacher. Since then, I have had the opportunity to get to know him as a colleague, a teacher to both my sons, a parent when I taught his child, and as a coach when he coached my youngest son in Varsity basketball. Through all these encounters I have witnessed Frank as professional and dedicated. His demeanor always calm, even in the toughest situations. He demonstrated patience as a coach and teacher, while always maintaining high expectations for his students and players. As a father, Frank showed care and concern for the progress his son was making in my class. He attended all meetings, responded quickly to my emails, and demonstrated much love and support for his son.

    As you can imagine, our school community at Springville Griffith Institute was in shock and disbelief upon hearing of Mr. Noeson's arrest. Teachers and students were visibly upset because this was a person we all regarded as one of our best. I believe Frank has lost much of what he cherished most due to his serious lack of judgement. He can no longer teach or coach; he has no contact with his only son; he has been on house arrest; and due to the publicity this case has received, he has lost all respect in his home town and community. He has paid dearly for his actions, and I am sure the Frank Noeson I know deeply regrets what he has done and is sorry for all those he has hurt.

    I have written this letter in hopes of shining some light on the person I know as a teacher, father, coach and friend. I ask the court to please take this letter in consideration at the time of sentencing Mr. Noeson. If you need to contact me regarding this letter, please call 716-698-3113.

Sincerely,

*Beth Ann Goodridge*

Beth Ann Goodridge

From: Chad Keenan cmk681@yahoo.com
Subject: Frank Noeson Charachter letter
Date: May 1, 2023 at 4:07:38 PM
To: mark byrne mbyrne@lawofficemjb.com

Good afternoon Mr Byrne,
I apologize to have to send an email but I am traveling for work and forgot my computer.

To whom it may concern:
My name is Chad Keenan and Frank has been my cousin for 45 + years as he is my cousin.  We grew up together and developed a deep friendship that goes beyond him being my cousin.  We've spent plenty of vacations over the years together and have had the pleasure of knowing his wife, being the best man at his wedding and being able to have involvement t in raising his son Avery.

Frank has always dedicated his time to coaching & mentoring the youth in Springville abd soyriybding areas.  He is not a detriment but an asset to the community and I hope this mistake does not take away from that opinion of him.

Thank you for your time & consideration

Chad Keenan

Sent from my iPhone

Charles Noeson

108 Aldenwood Dr.

Liverpool, NY 13088

Your Honor,

    I am writing you today on behalf of my Nephew, Francis E Noeson III. Time spent with Frank is limited to family and social gatherings due to distance from Western New York, however, I am in contact with family regularly.

I have never observed Frank to be anything but respectful to myself and family, nor out of line with any nieces or nephews at reunions.

Frank used his teaching knowledge to organize kayak outings. He coordinated outings to ensure the safety of all involved.

    He also showed his professionalism when he was asked to write a eulogy for his grandparents when they passed. Not only when writing the eulogy but with his presentation.

    Thank you for reviewing this letter on Frank's behalf.

Sincerely,

Charles Noeson

**Carla T. Roetzer**
44 West Edgewood Drive
Springville, New York  14141
716 867 4662
ctroetzer@gmail.com

September 9, 2023

Dear Your Honor,

I am writing to you in order to present a picture of who I know Frank Noeson to be.  Frank and I worked together at Springville Griffith Institute.  Frank started at Springville Elementary School in 2000 teaching third grade.  I was a fourth grade teacher at the time.  We often worked together planning curriculum transitions between grade levels.  Frank's classroom was down the hall from mine and I passed his room several times a day.  His teaching style was supportive and positive.  When his students would transition from third grade to fourth grade, they only had positive memories of their time in his classroom.

Eventually he moved to fifth grade and I moved to sixth.  For many years we both taught science and again had opportunities to work on curriculum together.  Frank's dedication to teaching was clear in the way his students were prepared when they moved on to middle school.  Their readiness comes from the hard work and dedication of their former teachers.  It was always obvious to me which students transitioned from Frank's classroom as they were not only knowledgeable but more importantly excited about learning.  They regularly would share memories of what they learned in Mr. Noeson's room and spoke fondly of him.  This type of excitement for learning comes from a teacher who builds positive relationships with students.  I have always viewed Frank as a quality teacher with a reputation for dedication and professionalism.

Not only was Frank a colleague, but my daughter was a student in his third grade class, so I could view his teaching with the lens of a parent.  She had an exceptionally good year with him.  She is now 29 years old and a teacher herself.  She still speaks of Frank's 3rd grade classroom with nothing but happy memories.

In addition, I often worked supervision at the basketball games that Frank was coaching.  His demeanor with not only his athletes but also other coaches, referees, parents and fans also demonstrated the same type of dedication and professionalism I witnessed in his teaching.

I respect the fact that Frank is being charged in an upcoming case, but hope that this letter can shed some light on the positive impacts that Frank has had, not only on students but parents, colleagues and the community as a whole.

Please feel free to contact me should you need any further information or clarification.

Sincerely,

Carla T. Roetzer

To Whom It May Concern:

I am writing this letter as a character reference for my co-worker - Frank Noeson. I have known Frank for the past 20 years.  Frank and I had a great friendship from the day he was hired.  Being the senior secretary in the office, I watched Frank over the years grow to be one of our most sought after teacher both by parents and students.   Every year we would receive numerous teacher request letters from parents requesting Mr. Noeson for their child's teacher.   The common denominator in every letter was "the male positive role model" wanted for their child's teacher.

The principal that hired Frank was so proud of the teacher that Frank became.  This principal got diagnosed with Parkinson's and suffered horribly. Frank was the one teacher we could always count on to help when things got real bad for my principal at the end of his career/life.  He spoke in support of our principal to co-workers, parents etc.

My nephew had Mr. Noeson as a teacher for third grade and then again in fifth grade. My nephew got diagnosed with auditory processing in second grade and had three negative years of school.  Mr. Noeson gave my nephew the tools, support, and extra help to raise my nephew's self esteem. All through third grade he began to excel and my sister gave Mr. Noeson all the credit for the dramatic change of attitude, grades and success.  My nephew was fortunate to have Mr. Noeson again for fifth grade. My nephew is now 22 yrs old and will tell you to this day that Mr. Noeson was his favorite teacher of all time even 4 years of college!

Both my granddaughters had Mr. Noeson for their fifth grade teachers in the past 5 years.  Even our conversation today both said he was a great teacher and they both saw him as a teacher who held his students accountable and made learning fun. Both said he was their favorite.

Just a few weeks ago one of Mr. Noeson's senior tennis players  became disrespectful when I told him he had to wait until dismissal was over before he could go down the hall. Mr. Noeson got wind of it from one of his other players and ten minutes later that student was in my office offering a sincere apology.  The next morning Frank stopped by my desk inquiring if I got a sincere apology from that player.  He demanded his players and students to always demonstrate respect at school.

In conclusion, I don't know what else I can say other than I believe my friend Frank needs some serious help. I believe he needs to be with people that love him and will be sure he gets the help he needs.  Sitting in a cell, will not get him to a place to face his future. He needs his son and father as much as his son and father need him right now. I do not think Mr. Noeson is a threat to our community or will be a problem to any community or school.   I believe he will do everything in his power to get the help he needs.

Sincerely,

Crystal Sopko
Sr. Clerk Steno

9/4/23



Dear Your Honor,

Frank Noeson is a thoughtful man, capable of upholding many different types of social relationships, maintaining a household, raising a son, and working with his partner to navigate the ups and downs we all face on our journey through life. His interest in fostering positive experiences for Springville's youth extend well beyond his own family and classroom. Frank's always affable, willing to lend a hand, and aware of his responsibility to others. I've seen Frank do as others would have him do on many occasions with a smile on his face and put forth his best effort every time. Frank is a genuinely good man with rare gifts, and I would hate to see his opportunities to use them taken away.

I think any of us can see the severity of having his good name subjected to the court of local popular opinion, in the town where he's otherwise chosen to build a life. While Frank has made some very questionable choices, I believe he needs to retain some pieces of his past life upon which to build a new one. I appreciate the system of protection for our youth that has brought us this far, but I think we need to know when to put the sword back in the scabbard. This would seem to be one of those times.

Thank you,

Chaz Vance
572.5607
1963 Davis.

Dear Your Honor:

I would like to take this opportunity to tell you about the Frank Noeson I know.

My Family moved from Buffalo New York to Springville, New York 31 years ago. My son was just starting high school. He was having a hard time adjusting to the change. His first attempts on making new friends was not what he hoped. That changed when he joined the golf team and met Frank. My wife and I were vey happy that he made a friend that came from a good family. He was a young man who took school seriously and had goals. The Frank we came to know was always a gentleman. When we met his mom and dad it all made sense. My son went in to join the NAVY and has became an expert welder. It is no surprise that Frank became a teacher and a coach. The Frank we know has always been a great role model for children. We are shocked at what he has been accused of. I hope that Frank is not judged by his mistakes. I ask you to take into consideration who Frank really is.

Sincerely,

*Daniel Caster*

Daniel Caster

Dear Your Honor:

I met Frank Noeson in High School while on the golf team. We became good friends. He helped me by introducing me to people who were taught respect. After high school I joined the NAVY and Frank went to school to get his teaching degree. When I returned after 5 years in the NAVY Frank married his high school sweetheart. It was no surprise that he started teaching at the school district that we had attended. He also coached some of the sport teams. Frank is my friend because he is a good man. He cares and respects people. When I had heard the charges he was facing I was shocked. That is not the Frank I know. I am confident that you will be fair judging Frank by all that he is and not by the mistake that he made. I do not know the facts of the case but I do know Frank is a good person.

Sincerely

Marc Caster

Dear Your Honor:

Frank Noeson was a good friend of my sons during high school. He was always a gentleman. He helped my son make the transition of a city kid to the country. It was comforting to know he came from a hardworking good family. The fact that he became a teacher and coach was not surprising. When making your judgement about his future please take into consideration who Frank really is and not just the mistakes he made. Frank still has a lot to offer to the community.

Sincerely,

Alice Caster

**From:** Danielle ellimay828@aol.com
**Subject:** Frank Noeson
**Date:** May 1, 2023 at 11:05:39 AM
**To:** mark byrne mbyrne@lawofficemjb.com

My name is Danielle Carter. I have known Frank for over 22 years. He has been a close friend of mine and my family. He is my youngest sons godfather.  I know his family well. He coached both of my sons in basketball. He has a great reputation as a teacher and a coach. I've always seen him carry himself in a professional manner.   He is a well respected member of the community in which students admire and look up to as a teacher and a coach.  As a mother in this community, I feel perfectly safe if Frank is released pending his trail.

Thank you,
Danielle Carter

From: STRAIGHT3340@roadrunner.com
Subject: Frank Noeson – Letter of support
Date: Apr 29, 2023 at 10:19:37 AM
To: mark byrne mbyrne@lawofficemjb.com

My name is Donna Straight, I am Frank Noeson's aunt and have been a big part of his life
since the day he was born.
I have watched him grow from up front and personal to the sidelines. Frank has been a role
model for children in education and training. I've attended his tennis, basketball and socker
games to witness he is an awesome coach and the kids love him.  He has also been an awesome
devoted father. His son Avery, friends and relatives are truly shocked and devastated of this charge.
For whatever reason this happened, this is not his character, he has always been a good kid.

Sincerely,

Donna Straight

Dear Your Honor:

I am writing this letter on behalf of Frank Noeson, who I have known personally and professionally for over 25 years. I hired Frank to work for me in the pro shop at Springville Country Club when Frank was still in school. He was an excellent worker, with great dedication and work ethic for a high school student. Frank always displayed a love for golf and interacted well with the membership. Years passed and Frank became a member of Springville Country Club, where he became a very good player. Frank was a member in good standing for all the years to follow. He became great friends with me and my entire family, especially my two boys who worked at the club. Frank eventually became the golf coach for Springville High School Golf Team. During which time , he completely turned around a struggling group of High school beginner golfers. They eventually, under his leadership , became a well organized competitive team. I understand Frank has made some mistakes, but his character, enthusiasm, dedication and work ethic, have never waivered as far as I am concerned. I am proud to call Frank Noeson my friend.

Dave Thomas PGA Pro Emeritus Springville CC

To whom it may concern:

We are the parents of Frank E Noeson III.  We have had a very close relationship for his lifetime of 46 years.  Frank is a loving and caring father to his son. He has a strong and solid connection with his 12 year old who he sees daily and supports emotionally and financially. He is a devoted teacher and coach to his students. As his father, I have been his assistant varsity golf coach and have had first hand experience with him and teen-aged students.  He is well respected by his athletes and has high ecxpectations for them.  They constantly meet and exceed these expectations both on and off of the playing field building their character and self-esteem.  Community members have often commented on the positive impact he has had on their students and athletes. Thank you for your time.

Sincerely,

Frank and Sheila Noeson

12940 Joshua Drive

Chaffee, NY  14080

From: Julie Noeson jnoeson@gmail.com
Subject: FNoeson
Date: May 2, 2023 at 4:09:45 AM
To: mark byrne mbyrne@lawofficemjb.com

To whom it may concern,

My name is Julie Clark (Noeson) and I am the wife of Frank Noeson III. We have been legally married for almost 21 years and I have known him for close to 35 years. He is a wonderful father to our 12 year old son who he is constantly teaching, coaching and nurturing to be the best he can be. Frank has been known in our community as a teacher and coach who has had significant impact on the students of Spriingville GI. His students leave his classroom after a year not only having advanced in the curriculum, but having become better people. Frank helps to instill high levels of respect amongst his students. In his classroom he creates high standards of excellence in academics while equally ensuring students are courteous and maintain healthy self-esteem. Mr. Noeson also shows all of these qualities in his lengthy coaching career. Over his 24 years of teaching, he has coached almost every season putting him somewhere over the 50 season mark. The athletes respect Frank both on and off of the field/court. As in his classroom and with our son, Frank raises the bar for these students, expecting nothing but greatness from them. Not only does he push them athletically, but he challenges them to become the kind of young people that contribute to their communities and most importantly, are kind and caring. I believe that Frank Noeson has all of these important qualities that he inspiring our son and his students to have.

Thank you,
Julie Clark (Noeson)

281 Cazenovia Street, Apt. 3
East Aurora, NY 14052

21 September 2023

Dear Your Honor,

My name is John Mrozik, and I am writing this character reference in support of Frank E. Noeson III.

I have known Frank for just over twenty years: he was an elementary schoolteacher in the district where I also teach high school, and my friendship with Frank stems from the friendship I have with his wife Julie, with whom I work on our high school musicals. I state this in that Frank and I had often found ourselves enjoying each other's company, as our musical core are a tight band of friends.

The "Frank Noeson" I know was a person: good at his job (a strong teacher and coach); centered on his family (took care of his wife and son), and fun to be around (jokingly and interesting).

By "person", I mean Frank possesses many of the problematic qualities that many always contend with. His relationship and decision with his marriage has been fraught and selfish, as well as supportive and loving. He has high demands for his students and athletes, yet lowers his standards when it comes to taking care of his own person and responsibility.

I mention this to try to paint a picture of a person like so many in our times: a person with many, many sides...something we all must contend with.

And this is why I found it astonishing to have heard what Frank was arrested for, and I cannot fathom Frank intending to inflict any harm or perverse intent on anyone, minor or adult, other than on Frank himself. Frank can be selfish, but he is not cruel or with dark intentions on others.

I write this to offer that Frank should be allowed to return to being a contributing member of our society, to continue being a crucial provider for his wife and child. He has demons, to be sure, and my "armchair analysis" sees a man who needs to curb his demons and become more selfless than selfish in his designs...and Frank can do this (with time, and help, and support).

Please accept this reference with the purest of intentions. Please know that I write in support of the man that I knew before his arrest, and that I honor and respect the processes and decisions of our legal system, as much as I believe in the true potential of humanity, despite our foibles and flaws.

Thank you for your service to our community and for your attention to this letter.

Respectfully,

*[signature]*

John K. Mrozik

September 6, 2023

Dear Your Honor,

We have known Frank Noeson for approximately sixteen years.  My husband and I both worked within the school district that Frank taught in as well.  He is known respectfully as "Mr. Noeson" or "Coach Noeson" in our home, as he has taught two of our now adult children.  He also coached our youngest son for fourteen seasons of sports (golf, basketball and tennis).  Our children looked up to him as a role model and mentor.  He taught them respect, responsibility and dedication.  Our youngest son regarded Mr. Noeson highly enough to ask for a letter of recommendation for college just a year ago.

While teaching or coaching, Frank always carried himself with the utmost professionalism.

Respectfully,

Jill and Chad Russell

Matthew Linsler

14075 Mill St

Springville, NY 14141

Dear Your Honor,

I have known Frank Noeson for over 15 years and it was quite a shock to hear the accusations against him. Frank has always been the type of person to go out of his way to help others. I met Frank at the Springville Country club, and it did not take long for us to hit it off and become friends. Frank is the type of person who is always smiling and a genuine person to be around.

Within my first year of knowing Frank I was going through one of the worst times in my life. I found out my wife was having an affair and soon had nowhere to go. I went out for a round of golf and there was Frank ready and willing to be the listening ear that I needed. By the end of our round without hesitation Frank had offered his home to me for as long as I needed. Despite having a family of his own he opened his door to me when I had no one. During that time I saw a loving father who was devoted to his son. A teacher and coach that was devoted to his students who went above and beyond the call of duty. After almost a month I was able to find my own place and get back on my feet thanks to Frank's generosity.

To this day Frank and I remain friends. I appreciate the honest, caring, fun loving guy that he is. I am proud to call him my friend and hope the court will take my letter into consideration.

Sincerely,

Matthew Linsler

9/13/2023

Dear Your Honor:

My name is Pat Marcello. I was Frank Noeson's nursery schoolteacher when he was three and his preschool teacher when he was four. I own the Early Bird ChildCare Centers.

Frank was an adorable preschooler. He loved to play with his friends. He was happy, always with a cute smile on his face.

We live in a small town, so I would see Frank occasionally. He seemed very much like a normal school ager. When he was in high school, I hired Frank to be the Director of my summer program. I have a large school age group of children ages K through 5th grade. Frank and the day camp counselors – with Frank's love of sports and games, kept the school-agers happy and safe during the summer that he worked at Early Bird.

Two years ago, I was delighted to learn that Frank would be my granddaughter's 5th grade teacher for science and math. At open house when I walked into his room, I knew that he must love what he was teaching. My granddaughter loved science so much that she is now in honors science as well as honors math in 7th grade. Last year she chose Mr. Noeson as one of the teachers that she would help last period once a week. This special middle school experience gives students a chance to give teachers in the elementary school a hand at the end of the day. Her experience was positive, and Frank was kind, appreciative, and very professional.

Our family was shocked and saddened when we heard of Frank's problems. We are hopeful that the courts can help turn his life around with a fresh start. I know that rehab mental health counseling and tough love can work. I was a psychiatric-social work counselor working with school-age children before I became a tenured public-school teacher at Springville Elementary school. I have run my Early Bird Schools for 47 years.

Sincerely,

*Pat Marcello*

Pat Marcello

September 7, 2023

Dear Your Honor,

I am writing in regards to my nephew Frank Noeson. I have known Frankie (as I call him) since birth. I have only known Frankie to be a kind, compassionate, caring young man.

Frankie is and was a positive role model for my son Joshua. When they were younger Joshua would follow Frankie around like his little shadow. Frankie was very kind, patient and protective of all of my children; Jennifer, Joshua + Melissa.

Frankie has a very strong support system. First and foremost his mother Shelia, father Frank (my oldest brother + my role model) and his son Avery. It is one of the strongest family units I have seen or known. He also has 9 uncles, 3 aunts and 20 plus cousins. Needless to say many family reunions, weddings, baptisms, funerals etc.

I am one of eight children of a tight family. We don't call each other often, but I know they are only one phone call away.

In closing I am + will love and support my nephew Frankie. He truly is very loved. Thank you for your time.

Sincerely

Susan McNeff

Susan McNeff
3208 Liberty Drive
Rockford, Illinois 61101          716-913-0632